BEFORE THE SECOND DIVISION, OCTOBER 3, 1961

No. 66113.—Raleigh Industries of America, Inc., et al. *v.* United States, protests 60/16363–S, etc. (Boston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 66114.—D. P. Harris Hdw. & Mfg. Co., Inc., et al. *v.* United States, protests 60/19384–S, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 66115.—D. P. Harris Hardware & Mfg. Co., Inc., et al. *v.* United States, protests 60/26800–S, etc. (Savannah).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.